**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL JIMENEZ-GODINEZ,<br>Petitioner,<br>v.<br>WARDEN of Desert View Detention Facility, et al.,<br>Respondents. | Case No. 5:26-cv-06424-PA (SK)<br>**JUDGMENT (Bond Hearing)**<br>A File No. 222-570-788 |

In accordance with the Court's Order Conditionally Granting Habeas Petition In Part (Bond Hearing), IT IS ADJUDGED that Petitioner RAFAEL JIMENEZ-GODINEZ (A # 222-570-788) is to be released within 7 days of the Court's Order, unless he is provided a prompt custody redetermination hearing before an immigration judge under 8 U.S.C. § 1226(a).[1]

The Court Clerk is instructed to close this case.

DATED: November 1, 2026

/ S /
PERCY ANDERSON
United States District Judge

[1] Nothing in the Court's Order, however, is intended to preempt an immigration judge's ordinary discretion to continue the hearing after the seventh day for a reasonable period based on a valid showing of good cause—including a request by petitioner for more time to secure appearance of immigration counsel or to marshal documentary evidence. *See*, *e.g.*, 8 C.F.R. § 1003.29.